**Darru K. "Ken" HSU, Individually and as Trustee of the Darru K. Hsu and Gina T. Hsu Living Trust U/AO5/O5/03; individually and on behalf of all others similarly situated, Plaintiff-Appellant,**

v.

**UBS FINANCIAL SERVICES, INC., Defendant-Appellee.**

No. 14-15588

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 22, 2016

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Darru K. Hsu, Pro Se

Raymond A. Cardozo, David C. Powell, Ashley L. Shively, Attorneys, Reed Smith LLP, San Francisco, CA, for Defendant-Appellee

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Darru K. "Ken" Hsu appeals pro se from the district court's order denying his motion for relief from judgment under Federal Rule of Civil Procedure 60(d)(3). We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *United States v. Estate of Stonehill*, 660 F.3d 415, 443 (9th Cir. 2011), and we affirm.

The district court did not abuse its discretion in denying Hsu relief from the judgment because Hsu failed to establish by clear and convincing evidence that defendant perpetrated a "fraud on the court." *Pizzuto v. Ramirez*, 783 F.3d 1171, 1181 (9th Cir. 2015) (requiring more specific evidence of fraud than plaintiff's "series of allegations and implications"). We reject as without merit Hsu's contention that the district court applied the wrong legal standard. *See id.* ("The burden of proof rests with petitioner to show the fraud by clear and convincing evidence.").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

All pending motions and requests are denied.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, Malnes' request for oral argument, set forth in his reply brief, is denied.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.